# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE E. ARMSTRONG,<br><br>                  Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                  Defendant. | CASE NO. 05 CV 0999 JM (JMA)<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)**<br><br>Doc. No. 25 |

      Pending before the court is Plaintiff Maxine E. Armstrong's motion for attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b). (Doc. No. 25.) Plaintiff requests an award of $13,222.50 as a reasonable attorney fee for her counsel's representation of her on a contingency-fee basis in this action. A sum of $4,000.00 was previously awarded pursuant to the Equal Access to Justice Act. (Doc. No. 15.) Therefore, Plaintiff now asks the court to approve distribution of the difference, $9,220.50, out of the funds withheld by the Commissioner from Plaintiff's past due benefits for payment of attorney fees, and return of the balance of the withheld funds, $4,000.00, to Plaintiff. On July 31, 2009, the Commissioner filed a statement of non-opposition to Plaintiff's request. (Doc. No. 27.)

      Plaintiff's motion is supported by sufficient documentation and support to show the attorney fee was reasonable. See 42 U.S.C. § 406(b)(1)(A) ("the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-

1  due benefits"); <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002).  In addition, Plaintiff submitted
2  documentation which indicates the Commissioner withheld $13,220.50 with the 25 percent threshold
3  in mind and that Plaintiff agreed to pay a contingency fee of 25 percent.  (Mot., Att. B and C.)
4      In light of the evidence provided by Plaintiff, as well as the Commissioner's non-opposition,
5  the court hereby **GRANTS** Plaintiff's motion for attorney fees.  Accordingly, the court awards
6  attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $13,220.50 and orders distribution of
7  funds withheld by the Commissioner for this purpose as outlined above.
8  **IT IS SO ORDERED.**
9  DATED: August 26, 2009
10 _____
11 Hon. Jeffrey T. Miller
   United States District Judge